78 A.3d 987

IN THE MATTER OF ROBERT J. CONDURSO, JR., AN
ATTORNEY AT LAW (ATTORNEY NO. 043061997).

December 4, 2013.

## ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11, seeking

the immediate temporary suspension from practice of **ROBERT J. CONDURSO, JR.,** of **MANASQUAN,** who was admitted to the bar of this State in 1998, and good cause appearing;

It is ORDERED that **ROBERT J. CONDURSO, JR.,** is temporarily suspended from the practice of law, effective immediately, and until the further Order of this Court; and it is further

ORDERED that **ROBERT J. CONDURSO, JR.,** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **ROBERT J. CONDURSO, JR.,** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of the respondent's file as an attorney at law of this State; and it is further

ORDERED that **ROBERT J. CONDURSO, JR.,** comply with *Rule* 1:20–20 dealing with suspended attorneys.